UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Sydney Ellerbe *doing business as* Wall Street World, Inc.,<br><br>Plaintiff,<br><br>v.<br><br>Becca's Restaurant & Sports Lounge *doing business as* Scotty's Restaurant & Lounge,<br><br>Defendant. | Case No. 2:24-cv-00555-JAD-DJA<br><br>**Report and Recommendation** |

On July 26, 2024, the Court screened Plaintiff's complaint and dismissed it with leave to amend. (ECF No. 5). The Court gave Plaintiff until August 26, 2024, to file an amended complaint and explained that "[f]ailure to comply with this order will result in the recommended dismissal of this case." (*Id.*). Plaintiff missed that deadline, so the Court entered an order to show cause on September 10, 2024. (ECF No. 7). In that order, the Court required Plaintiff to show cause on or before October 10, 2024, why the Court should not recommend dismissal of this action for Plaintiff's failure to comply with the Court's screening order. (*Id.*). The Court again warned Plaintiff that "failure to comply with this order may result in a recommendation of dismissal to the district judge." (*Id.*). Plaintiff missed the October 10, 2024, deadline and, to date, has not filed anything further in this action. The Court thus recommends that Plaintiff's case be dismissed without prejudice. A dismissal without prejudice allows Plaintiff to refile a case with the Court, under a new case number.

Accordingly, the undersigned **RECOMMENDS** that this case be **DISMISSED** without prejudice. The Clerk of Court is kindly directed to send this recommendation to Plaintiff.

///

**NOTICE**

Pursuant to Local Rule IB 3-2 any objection to this Report and Recommendation must be in writing and filed with the Clerk of the Court within (14) days after service of this Notice. The Supreme Court has held that the courts of appeal may determine that an appeal has been waived due to the failure to file objections within the specified time. *Thomas v. Arn*, 474 U.S. 140, 142 (1985), *reh'g denied*, 474 U.S. 1111 (1986). The Ninth Circuit has also held that (1) failure to file objections within the specified time and (2) failure to properly address and brief the objectionable issues waives the right to appeal the District Court's order and/or appeal factual issues from the order of the District Court. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991); *Britt v. Simi Valley United Sch. Dist.*, 708 F.2d 452, 454 (9th Cir. 1983).

DATED: October 29, 2024

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE